Christopher J. Hanlon, Esq.
HANLON NIEMANN & WRIGHT, P.C.
Juniper Business Plaza
3499 Route 9 North, Suite 1-F
Freehold, NJ 07728
*Attorney for Creditor, RREF II IB-NJ, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| In re: | CHAPTER 13 |
|---|---|
| MICHELLE MIGLIACCIO, | Case No: 16-20761-MBK |
| Debtor. | HEARING DATE:  July 12, 2016<br>HEARING TIME:  9:30 a.m. |

### CERTIFICATE OF SERVICE

I, Christopher J. Hanlon, hereby certify that I caused a true and correct copy of RREF II IB-NJ, LLC's Notice of Motion for Relief from Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code and supporting pleadings to be electronically filed with the United States Bankruptcy Court for the District of New Jersey on June 15, 2016.  A copy of the foregoing will be served electronically through the electronic filing system to all counsel of record at an e-mail address presently on file with the court, and mailed via first class mail to all parties on the attached mailing matrix not receiving notice electronically.

Respectfully submitted,

HANLON NIEMANN & WRIGHT, P.C.
*Attorney for Creditor, RREF II IB-NJ, LLC*

By:    /s/ Christopher J. Hanlon, Esq.

Dated:  June 15, 2016

{M1182027.1}

Label Matrix for local noticing
0312-3
Case 16-20761-MBK
District of New Jersey
Trenton
Mon Jun 13 14:57:52 EDT 2016

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

RREF II IB LLC
c/o Hanlon Niemann & Wright, PC
3499 US Highway 9 # 1F
Freehold, NJ  07728-3277

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

Joshua Thomas
Joshua L. Thomas & Associates
1110 Pocopson Road
PO Box 415
Pocopson, PA 19366-0415

Michelle Migliaccio
1B Knob Hill Road
Hackettstown, NJ 07840-4243

End of Label Matrix
Mailable recipients     5
Bypassed recipients     0
Total                   5