IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joshua L. Thomas, Esq.
Caffese Law Firm, L.L.C.
803 Main Street
Stroudsburg, PA 18360
570-730-4670
Fax : 570-504-8229
Email: joshua@jrcfirm.com
Attorney for Debtor

In Re: Michelle Migliaccio

Debtor

Case No:   16-20761-MBK

Chapter:   13

Hearing Date:  07/20/2016 at 12:00 p.m.

Judge:      Michael B. Kaplan

### NOTICE OF
### DEBTOR'S MOTION TO REINSTATE AND IMPOSE AUTOMATIC STAY
### PURSUANT TO §362(c)(3)(B)

Debtor, Michelle Migliaccio, by and through attorney, Joshua L. Thomas, Esquire, has filed a "Debtor's Motion To Impose Automatic Stay Pursuant To §362(c)(3)(B)."

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have an attorney in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Motion or you want the court to consider your views on the Motion, then on or before **July 19, 2016**, you or your attorney must do all of the following:

    a. File an answer explaining your position at:

United States Bankruptcy Court<br>
402 East State Street<br>
Trenton, N.J. 08608<br>
Courtroom 8

If you mail your answer to the Bankruptcy Clerk's Office for your filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy to the Debtor's attorney:

Caffese Law Firm, L.L.C.<br>
803 Main Street<br>
Stroudsburg, PA 18360

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the **Honorable Michael B. Kaplan on July 20, 2016 @ 12:00 a.m., United States Bankruptcy Court,** 402 East State Street Trenton, N.J. 08608 Courtroom #8 .

4. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which a witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

6. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: July 19, 2016                         /s/ Joshua L. Thomas
                                                Joshua L. Thomas, Esq.
                                                Attorney for Debtor