



M. Migliaccio
18 Knob Hill Rd
Hackettstown, NJ 07840

KREF II RB Acquisitions LLC
c/o Quantum Servicing
PO Box 39517
Solon, OH 44139-0517



MICHELLE A MIGLIACCIO
59 EDINBOROUGH COURT
HACKETTSTOWN, NJ 07840

166
55-923/212

Date July 19, 16

Pay to the Order of RKEF II RB Acquisitions LLC    $ 4,544.78

Four Thousand Five Hundred Forty Four 78/100  Dollars

PEAPACK-GLADSTONE BANK

Acct # 6138186
# 100089513

For Loan #

⑈021205237⑈ 400⑈0 3131 6⑈ 0166





M. Migliaccio
18 Knob Hill Rd
Hackettstown, NJ
07840

Albert Russo
Chapter 13 Standing Trustee
P.O. Box 933
Memphis, TN 38101-0933

MICHELLE A MIGLIACCIO
59 EDINBOROUGH COURT
HACKETTSTOWN, NJ 07840

165
55-923/212
TD

Date July 19, 16

Pay to the Order of Albert Russo Chapt 13 Standing Trustee  $ 549.00

Five Hundred Forty-Nine 00/100 Dollars

PEAPACK-GLADSTONE BANK
Chester, New Jersey 07930

For Case # 16-18779-MBK    0165

⑈021205237⑈ 400⑉0  3131 6⑈ 0165