UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on July 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Migliaccio

Case No.: 16-20761

Chapter: 13

Judge: KAPLAN

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following page is **ORDERED**.

**DATED: July 20, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Joshua Thomas , Esq._____ for a reduction of time to _____Motion to Impose Automatic Stay_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing shall be conducted on the matter on _____July 26, 2016_____ at __9:00 am__ in the United States Bankruptcy Court _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. __8__.

2. A copy of this order, must be served on _____July 20, 2016_____ by:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery,

☐ notice by telephone must also:

☒ be provided within __1__ day(s) of the date of this order, or

☐ on the same date as this order.

3. A *Certification of Service* must be filed not later than 24 hours after the entry of this order.

4. Any objections to said motion/application:

☐ must be filed, and served on the applicant so as to be received not later than _____.

☒ may be presented at the hearing.

5. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.8/1/15*

2